**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL GAYDOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-404 |
| | ) | Judge Nora Barry Fischer |
| BANKERS FIDELITY LIFE INSURANCE | ) | Magistrate Judge Maureen P. Kelly |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

AND NOW, this 21st day of November, 2025, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Maureen P. Kelly on November 4, 2025, (Docket No. 18), recommending that the Motion to Dismiss, (Docket No. 6), filed by Defendant Bankers Fidelity Life Insurance Company be granted, in part, and denied, in part, and specifically, that the motion to dismiss Plaintiff Michael Gaydos' fraud claim at Count III be granted and said claim dismissed, with prejudice, as any amendment would be futile, and that the motion to dismiss his breach of contract claim at Count II be denied, the Magistrate Judge having further directed that objections were due by November 18, 2025, (Docket No. 18), and neither party having filed objections through their respective counsel as of the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's November 4, 2025 Report and Recommendation, (Docket No. 18),

IT IS HEREBY ORDERED that the Report and Recommendation [18] is ADOPTED as the Opinion of the Court;

1

IT IS FURTHER ORDERED that the Motion to Dismiss [6] filed by Defendant is GRANTED, in part, and DENIED, in part. Said Motion is granted to the extent that Plaintiff's fraud claim at Count III is dismissed, with prejudice, but denied in all other respects; and,

IT IS FURTHER ORDERED that this matter is remanded back to the Magistrate Judge for further pretrial proceedings.

_s/Nora Barry Fischer_
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:        All counsel of record.

U.S. Magistrate Judge Maureen P. Kelly